# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-1418-ODW(ASx) | Date | March 11, 2025 |
|---|---|---|---|
| Title | J.R., a minor, by and through his Guardian Ad Litem, Christy K. Rose, v. Universal City Studios LLC, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**      **ORDER TO SHOW CAUSE re Petition for Appointment of Guardian Ad Litem (Dkt. No. 13)**

       Plaintiff is ordered to show cause in writing, no later than March 18, 2025, why Christy K. Rose should not be appointed as guardian ad litem for J.R., a minor child, in light of Christy Rose's failure to include, in her declaration, a statement that her appointment will not cause a conflict of interest. The filing of a petition for appointment which addresses this deficiency or the filing of a petition for appointment of another guardian will be a sufficient response to this order to show cause.

       **IT IS SO ORDERED.**